UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-2395**

Suarez v. Commissioner Pennsylvania State Police
(M.D. Pa. No. 1-21-cv-00710)

**ORDER**

      Appellant seeks review of the District Court's order entered July 24, 2024. The order appealed may not be final within the meaning of 28 U.S.C. § 1291 and may not otherwise be appealable at this time. The order dismissed a portion of the complaint without prejudice to plaintiffs' right to file an amended complaint within twenty (20) days. All parties must file written responses addressing this issue, with a certificate of service attached, within twenty-one (21) days from the date of this order.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: July 30, 2024

kr/cc: Nicole R. Ditomo, Esq.
       Erich T. Greiner, Esq.
       Joshua Prince, Esq.