UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 24-2395, 24-2436 & 24-2602

Suarez v. Commissioner Pennsylvania State Police
(M.D. Pa. No. 1-21-cv-00710)

ORDER

The Plaintiffs' appeals at Nos. 24-2436 and 24-2602 are hereby consolidated for all purposes. The consolidated appeals have been designated as cross-appeals to the Commissioner's appeal at No. 24-2395.

The Clerk's Office will not submit the appeals at Nos. 24-2395 and 24-2436 for dismissal at this time. All responses filed by the parties regarding the jurisdictional issue are referred to the merits panel. This does not in any way signify that a determination of jurisdiction has been made. Only the Court can make such a decision. The parties are directed to address this Court's jurisdiction in their briefs.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: September 10, 2024

kr/cc: Joshua Prince, Esq.
　　　Nicole R. Ditomo, Esq.
　　　Erich T. Greiner, Esq.
　　　Daniel B. Mullen, Esq.